**DISMISS and Opinion Filed March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01009-CV

## IN THE INTEREST OF B.C.S.H., A CHILD

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 78,285**

## MEMORANDUM OPINION
Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Lang

Stating the parties have resolved their disputes to their mutual satisfaction, appellant moves to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

141009F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.C.S.H., A
CHILD

No. 05-14-01009-CV

On Appeal from the 196th District Court,
Hunt County, Texas
Trial Court Cause No. 78,285.
Opinion delivered by Justice Lang. Justices
Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** appellee Joseph Henley
recover his costs, if any, of this appeal from appellant Linda Stoner.


Judgment entered this 25th  day of March, 2015.